IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RAYVON BOATMAN,

    Plaintiff,

v.                                            CASE NO. 4:09cv55-SPM/GRJ

TIMOTHY J. BUDZ, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated February 11, 2011 (doc. 21). Plaintiff was given an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. I have determined that the report and recommendation should be adopted. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Report and Recommendation (doc. 21) is adopted and incorporated by reference into this order.

2.    The clerk shall transfer this case to the Ft. Myers Division of the Middle District of Florida.

3. Plaintiff's Motion for Time to Comply with the Court Rules and/or Local Rules of the Court, and the Court's Recent Orders (doc. 20) is denied.

DONE AND ORDERED this 16th day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge